UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60159-CIV-ZLOCH

WILLIAM C. JAMES,

    Plaintiff,

vs.                        **ORDER ENTERING DEFAULT AS TO**
                              **DEFENDANT BMC UNLIMITED, INC.**

BMC UNLIMITED, INC. and
EDWARD MCCLAIN, JR.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendants BMC Unlimited, Inc. and Edward McClain, Jr.'s Motion To Extend Time To Respond To Plaintiff's Complaint (DE 7).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause on August 28, 2007, with the filing of his Complaint (DE 1).  Defendants were served with a Summons and a Complaint on March 20, 2009.  Thus, a responsive pleading was due on April 9, 2009.  *See* Fed. R. Civ. P. 12.  On April 9, 2009, Defendants BMC Unlimited, Inc. and Edward McClain, Jr. filed the instant Motion seeking an extension of time to respond to the Complaint.  Although the Motion purports to have been fileD on behalf of both BMC Unlimited, Inc. and Edward McClain, Jr., it is a well-settled principle of law that a

corporation cannot appear *pro se* and must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Thus, all motions, notices, and other representations on behalf of a corporation must be made through an attorney of record. As no attorney has made an appearance on behalf of BMC Unlimited, Inc., the Court shall deny the Motion to the extent said Defendant seeks a continuance. Further, the Court shall enter a default against Defendant BMC Unlimited, Inc.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendants BMC Unlimited, Inc. and Edward McClain, Jr.'s Motion To Extend Time To Respond To Plaintiff's Complaint (DE 7) be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. To the extent the instant Motion seeks an extension of time for Defendant Edward McClain to file his response to the Complaint, it be and the same is hereby **GRANTED**;

2. By noon on Wednesday, April 29, 2009, Defendant Edward McClain, Jr. shall file a response to Plaintiff's Complaint;

3. In all other respects, the instant Motion be and the same is hereby **DENIED**;

4. Default be and the same is hereby **ENTERED** against Defendant BMC Unlimited, Inc.; and

5. By noon on Wednesday, April 22, 2009, Plaintiff William C.

James shall file a Motion For Final Judgment By Default, together with all necessary Affidavits and Exhibits, including those necessary to establish a reasonable award of attorneys fees and costs, in accord with Local Rule 7.3.A.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     13th         day of April, 2009.

```
                              /s/ William J. Zloch
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

Joseph Billotta, Esq.
For Plaintiff

BMC Unlimited, Inc.
2229 NW 62nd Terrace
Margate, FL 33063

Edward McClain, Jr., *pro se*
2229 NW 62nd Terrace
Margate, FL 33063